# DIVIDENDS REMITTED TO THE COURT

Case Number 08-13073 - FISHER, LESLIE LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| A OK Inc<br>410 NW St<br>Wichita KS 67203 | 000004 | 317.50 | 3.52 |
| ----------- Remittance Total --------------- | | 317.50 | 3.52 |

STEVEN L. SPETH, Trustee

F I L E D
AT WICHITA, KS

JAN 1 9 2010

CLERK
U.S. Court of Bankruptcy
By_____ Deputy

UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

# 00127085 - AF
January 19, 2010  G

Code    Case #    Qty      Amount

SMALL DI 08-13073              3.52 CH
  Debtor - LESLIE FISHER

TOTAL#      3.52

FROM: STEVEN SPETH